UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PENTA ENTERPRISES LLC, et al.,<br><br>　　　　Defendants. | Case No.18-cv-06483-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Scott Johnson filed the present action on October 24, 2018. Dkt. No. 1. Pursuant to the Court's order granting in part and denying in part the parties' stipulated request to extend the joint site inspection deadline, the parties' last day to conduct a joint site inspection was March 21, 2019, and Mr. Johnson's last day to file a notice of need for mediation was April 11, 2019. Dkt. No. 15. Mr. Johnson did not file a notice of need for mediation, nor did he seek relief from the April 11 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Johnson is directed to file a written response to this order by **April 16, 2019** and to appear before the Court on **April 23, 2019 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 12, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge